**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

SHANNON MARIE DOWNS,

       Plaintiff,

vs.                                                        CIVIL NO.: 15-CV-11240-DT
                                                           HON. ROBERT H. CLELAND
COMMISSIONER OF SOCIAL
SECURITY

       Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is before the court on the parties' cross motions for summary

judgment. The case was referred to United States Magistrate Judge Patricia T. Morris

pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.1. The magistrate judge

issued her report on January 28, 2016 recommending that this court deny defendant's

motion for summary judgment, grant plaintiff's motion for summary judgment and

remand the case to the Commissioner for further proceedings. No objections have

been filed pursuant to 28 U.S.C. §636(b)(1)(C); thus further appeal rights are waived.[1]

Having reviewed the file and the report, the court determines that the findings

and suggested conclusions of the magistrate judge are correct and **ADOPTS AND**

**INCORPORATES** the same **IN FULL** for purposes of this order.

---

[1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion. See _Thomas v. Arn_, 474 U.S. 140,149 (1985).

## ORDER

IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the defendant's motion for summary judgment is **DENIED**, plaintiff's motion for summary judgment is **GRANTED**  and this matter is **REMANDED** for further proceedings as specified in the Report.

IT IS SO ORDERED.


S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE


Dated:  February 18, 2016


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 18, 2016, by electronic and/or ordinary mail.


S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522