IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANNON MARIE DOWNS,

                      Plaintiff,

     v.

COMMISSIONER OF SOCIAL
SECURITY,

                      Defendant.

Civil No. 15-11240

HON. ROBERT H. CLELAND

<u>JUDGMENT</u>

      Pursuant to Fed. R. Civ. P. 58, the Court hereby enters judgment in favor of

Plaintiff, reversing the Commissioner's decision and remanding this case to the Social

Security Administration for further administrative proceedings, pursuant to the Sentence

Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

                                           S/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated:  February 18, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, February 18, 2016, by electronic and/or ordinary mail.

                                           S/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522